## Louis C. TALARICO, II, Plaintiff–Appellant,

v.

## MARATHON SHOE COMPANY, Defendant–Appellee.

No. 03–1145.

United States Court of Appeals, Federal Circuit.

April 23, 2003.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).